THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CORBO, by FRANCES KAHN v. MILTON KLEIN, as Warden of Bronx House of Detention for Men.— Motion to dismiss appeal denied. The request for an enlargement of time within which to perfect the appeal and for leave to dispense with printing is granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 22, 1960, with notice of argument for the Non-Enumerated Calendar for the first day of the January 1961 Term of this court. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

(A) PREMIER KNITTING CO., INC. v. EMMOTT VALLEY TRANSPORTATION CO., INC. (B) JOAN DORFMAN et al. v. JULIUS SCHOENFELD. (C) CORINNE SONNENBERG v. HERMAN J. SONNENBERG. (D) MORRIS BLANDER v. SHIRLEY BLANDER.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

(A) VIKING YACHT RENTAL CORPORATION v. AMERICAN YACHTING SYSTEMS, INC. (B) In the Matter of ANNA CORBIN, Deceased. ELAINE KATZ et al., Appellants; SOL O. MALTZ et al., Respondents. (C) In the Matter of JENNIE M. SPERONI, Deceased. LEO POLLACK, Appellant; IRIDE DONOHUE, Respondent.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

## FIRST DEPARTMENT, JANUARY, 1959

### (January 29, 1959)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK MEIKLE, Appellant.— Motion [for leave to appeal as a poor person from an order of the Court of General Sessions of the County of New York, entered October 27, 1958, denying a motion for a writ of error *coram nobis*, and for leave to have the appeal heard on the original record and typewritten points] denied. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

## SECOND DEPARTMENT, OCTOBER, 1960

### (October 3, 1960)

RUDOLPH BUNT, Respondent, v. HOFSTRA COLLEGE, Appellant.— Motion for a stay pending appeal dismissed as academic, in view of the decision on the appeal in *Bunt* v. *Hofstra College* (11 A D 2d 1026). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.